Dean A. Alper, Esq., SBN #117305
**ALPER & McCULLOCH**
425 California Street, 18th Floor
San Francisco, CA 94104-2203
Telephone: (415) 434-8744
Facsimile: (415) 434-3450

Attorneys for Plaintiff
**Truck Insurance Exchange**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EASTMAN KODAK COMPANY, and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | CASE NO. C 05 - 01970 EDL<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Date:　September 13, 2005<br>Time:　10:00 a.m.<br>Judge:　Elizabeth D. LaPorte |

　　　The parties to the above-entitled action jointly submit this stipulation requesting the Court to continue the Case Management Conference presently scheduled for September 13, 2005 for one or two weeks. The request is made because trial counsel for plaintiff is scheduled to be in Los Angeles to take depositions of third parties in State Court litigation at the time of the Case Management Conference scheduled in this case and cannot reschedule that event.

**Stipulation and Order** -1- **Case No. C 05-01870 EDL**

In light of counsel's calendar conflict, the parties stipulate to continue the Case Management Conference until September 20, 2005, September 27, 2005 or such other date is convenient to the Court.

IT IS SO STIPULATED.

Dated: September 8, 2005          /s/ Dean A. Alper
                                  _____
                                  Dean A. Alper, Esq.
                                  Attorneys for Plaintiff
                                  Truck Insurance Exchange


Dated: September 9, 2005          /s/ Peter A. Strotz
                                  _____
                                  Peter A. Strotz, Esq.
                                  Attorneys for Defendant
                                  Eastman Kodak Company


Dated: September 9, 2005          /s/ Richard Elias
                                  _____
                                  Richard Elias, Esq.
                                  Attorneys for Defendant
                                  Eastman Kodak Company

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

**ORDER**

Based upon the stipulation of the parties and for good cause, the Initial Case Management Conference in this case is hereby continued from September 13, 2005 to _____September 20__, 2005.

Dated: September _9_, 2005        _____
                                  United States District Court Magistrate Judge

[IT IS SO ORDERED — /s/ Elizabeth D. Laporte, Judge Elizabeth D. Laporte — seal of United States District Court, Northern District of California]

**Stipulation and Order**                    -2-                    **Case No. C 05-01870 EDL**