RICHARD M. ELIAS (pro hac vice)
**HUSCH & EPPENBERGER, LLC**
190 Carondolet Plaza, Suite 600
Clayton, Mo. 63105
Phone:  314-480-1500
Fax:     314-480-1505

Attorneys for Defendant
EASTMAN KODAK COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, | Case No. 3:05-CV-01970 EDL |
| Plaintiff, | |
| v. | **STIPULATION REQUESTING CONTINUANCE OF MEDIATION DEADLINE; ~~PROPOSED~~ ORDER** |
| EASTMAN KODAK COMPANY, and DOES 1 through 10, inclusive, | AS MODIFIED |
| Defendants. | |

Upon speaking with the mediator regarding the mediation of this case, the parties and the mediator have agreed that the mediation deadline of December 20, 2005 should be continued to allow the parties to conduct more discovery in this case.  Said discovery is necessary for the parties to appropriately value their cases and will facilitate a more constructive mediation.  The parties therefore agree to stipulate the mediation deadline up to and including April 15, 2006.

IT IS SO STIPULATED.


Dated:  12/30/05

By:  _____/s/ Richard M. Elias_____
Richard M. Elias, Esq. (pro hac vice)
Husch & Eppenberger, LLC
190 Carondolet Plaza, Suite 600
Clayton, MO 63105
Tel:  (314) 480-1749
Fax:  (314) 480-1505
Attorneys for Defendant
Eastman Kodak Company

1    Dated:  12//30/05                    By: ____/s/ Dean A. Alper_____

2                                         Dean A. Alper, Esq.
                                          Attorney for Plaintiff
3                                         Truck Insurance Exchange

4

5                                    **<u>ORDER</u>**

6          Based upon the stipulation of the parties and for good cause shown, the original mediation

7    deadline of December 20, 2005 is hereby continued to April 15, 2006.
                                                          14

8

9

10

11   Dated January 4, 2006            _____

12                                    United States District Court Judge Elizabeth D. Laporte Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION TO CONTINUE MEDIATION DEADLINE          Case No. 3:05-CV-01970 EDL